IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| ZACKARY PRITCHETT , | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL GOURLEY, et al., | : | No. 23-2490 |
| Respondents. | : | |
| | : | |

**ORDER**

**AND NOW** this 18th day of November, 2025, upon independent consideration of Petitioner Zachary Pritchett's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 38), and Motion to Stay (ECF No. 47), and any responses and replies thereto, and after review of the Report and Recommendation of United States Magistrate Judge Pamela A. Carlos, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED;**

2. The Motion to Stay (ECF No. 47) is **GRANTED**.

3. The instant matter is **STAYED** pending the completion of the petitioner's state PCRA proceedings.

4. Petitioner shall **NOTIFY** this Court within thirty (30) days of the conclusion of his state PCRA proceedings and **ADVISE** whether he seeks to pursue his federal habeas petition.

5. The District Attorney shall **FILE** updates advising this Court of the status of the petitioner's state PCRA proceedings every ninety (90) days from the date of this Order.

BY THE COURT:

/s/ John M. Gallagher
JOHN M. GALLAGHER
United States District Court Judge